# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LEONARD ARMSTRONG, *et al.*,

   *Plaintiffs*,

v.

KNAUF GIPS KG, *et al.*,

   *Defendants*.

Case No. 8:21-cv-02771-SCB-DAB

## KNAUF DEFENDANTS' RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS

Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. (collectively, the "Knauf Defendants"), through undersigned counsel and pursuant to section 501.2105(1), Florida Statutes, and Local Rule 7.01(b), hereby renew their request for a determination that they are entitled to recover attorneys' fees and costs as the prevailing parties on Plaintiffs' fully-adjudicated claims arising from the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"). In support, the Knauf Defendants state as follows:

In 25 cases filed in this District,[1] plaintiffs asserted identical claims, including a claimed violation of FDUTPA, arising from allegedly defective drywall manufactured by the Knauf Defendants. In six cases (hereinafter, the

---

[1] Magistrate Judge Baker entered a case management order applying to all 25 cases transferred to this District (hereinafter, the "Related Cases"). (*See generally In re Drywall Litig.*, No. 8:21-cv-02785, Doc. 52 (Defs.' Mot. Partial Summ. J. re Issues Common to All Cases (June 13, 2022) at 1 n.1)).

"Adjudicated Matters"), the Court determined that Plaintiffs' FDUTPA claims are barred by the statute of limitations, and the Court entered judgments in the Knauf Defendants' favor.[2] This case is one of those six Adjudicated Matters.

FDUTPA provides for an award of prevailing party attorneys' fees and costs. *See* § 501.2105(1), Fla. Stat. Accordingly, the Knauf Defendants moved for a determination that they are entitled to recover awards of attorneys' fees and costs in each of the Adjudicated Matters. (*See, e.g.,* Doc. 64).

As the Court previously observed, plaintiffs in each of the Adjudicated Matters subsequently moved for reconsideration of the Court's summary judgment orders. (*See* Doc. 71 (hereafter, the "Order to File Renewed Fees Motion")). In addition, the Court noted that, even if reconsideration was denied in all the Adjudicated Matters, the plaintiffs could possibly appeal the judgments entered in favor of the Knauf Defendants. (*See id.* at 1). As such, the Court denied the Knauf Defendants' motions for attorneys' fees and costs in the Adjudicated Matters, "without prejudice to renewal within 14 days of the expiration of the time to appeal an order denying reconsideration or completion of the appellate process (if appeals are filed), whichever is later." (*Id.*).

---

[2] In the Adjudicated Matters,
- *See* Docs. 60, 61.
- For No. 2:21-cv-892, *see* Docs. 60, 61.
- For No. 2:21-cv-893, *see* Docs. 61, 62.
- For No. 2:21-cv-894, *see* Docs. 59, 60.
- For No. 5:21-cv-574, *see* Docs. 62, 63.
- For No. 8:21-cv-2785, *see* Docs. 69, 70.

As the Court anticipated, Plaintiffs' motion for reconsideration in this case was denied, and Plaintiffs appealed the judgment to the Eleventh Circuit. (*See* Docs. 74, 76).[3] On July 11, 2023, the Eleventh Circuit dismissed Plaintiffs' appeal for want of prosecution; Plaintiffs failed to file an initial brief within the time permitted by the Federal Rules of Appellate Procedure. (*See* Doc. 78).

As such, the appellate process in this case has been completed and, thus, under the Order to File Renewed Fees Motion (Doc. 71), the Knauf Defendants' Motion for Attorneys' Fees and Costs (Doc. 64) is ripe for renewal. Accordingly, the Knauf Defendants hereby renew their Motion for Attorneys' Fees and Costs and, for the reasons stated in their prior motion (Doc. 64) and reply in further support thereof (Doc. 69), request that the Court: (1) determine that the Knauf Defendants are entitled to an award of attorneys' fees and costs; (2) following a determination that the Knauf Defendants are entitled to an award of fees and costs, permit the Knauf Defendants to file a supplemental motion on the amount thereof in accordance with Local Rule 7.01(c); and (3) grant the Knauf Defendants any further relief the Court deems just and proper.

---

[3] The motions for reconsideration remain pending in three of those other Adjudicated Matters (No. 2:21-cv-894, No. 5:21-cv-574, and No. 8:21-cv-2785). In the other two Adjudicated Matters (2:21-cv-892 and 2:21-cv-893), the motions for reconsideration were denied, and the plaintiffs recently appealed those rulings to the Eleventh Circuit.

<u>Local Rule 3.01(g) Certification</u>

Pursuant to Local Rule 3.01(g), counsel for Defendants certify that they conferred via email with Plaintiffs' counsel regarding this motion, and Plaintiffs' counsel confirmed that Plaintiffs oppose the relief requested herein.

| | |
|---|---|
| Dated: July 25, 2023 | Respectfully submitted: |

| | |
|---|---|
| **FISHMAN HAYGOOD, LLP**<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, Louisiana 70170<br>Tel.: (504) 556-5549<br>Fax: (504) 310-0275<br><br>By: */s/ Kerry J. Miller*<br>Michael R. Dodson\*<br>Daniel J. Dysart\*<br>Kerry J. Miller\*<br>Paul C. Thibodeaux\*<br>Rebekka C. Veith\*<br>Email: mdodson@fishmanhaygood.com<br>   ddysart@fishmanhaygood.com<br>   kmiller@fishmanhaygood.com<br>   pthibodeaux@fishmanhaygood.com<br>   rveith@fishmanhaygood.com<br>*\*Admitted pro hac vice* | **STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**<br>2 South Biscayne Boulevard<br>Suite 1600<br>Miami, Florida 33131<br>Tel.: (305) 614-1400<br>Fax: (305) 614-1425<br><br>By: */s/ Timothy A. Kolaya*<br>Timothy A. Kolaya<br>Florida Bar No. 056140<br>Amy M. Bowers<br>Florida Bar No. 105755<br>Email: tkolaya@sknlaw.com<br>   abowers@sknlaw.com |

*Attorneys for the Knauf Defendants*